**Order entered August 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00022-CV

**ROBERT PERRY, II, ET AL., Appellants**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05355-D**

## ORDER

On July 7, 2014, we ordered that this appeal be submitted without a reporter's record. Before the Court is the August 6, 2014 motion of Coral Hough, Official Court Reporter for County Court at Law No. 4 of Dallas County, Texas, requesting an extension of time to file the reporter's record. Coral Hough has informed the Court that appellants have now requested and paid for preparation of the reporter's record. In the interest of justice, we **GRANT** the motion.

We **ORDER** the reporter's record filed on or before **August 26, 2014**. Appellants shall file their brief **on or before September 25, 2014**.

/s/    ADA BROWN
         JUSTICE